IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06 C 1304 |
| ) | (04 CR 13) |
| TWAN STEPHENSON, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

On May 2, 2006 this Court issued a memorandum opinion and order that denied the 28 U.S.C. §2255 ("Section 2255") motion that had been filed by Twan Stephenson ("Stephenson"), seeking to vacate the 120-month custodial sentence imposed in consequence of his guilty plea to Count One of the indictment charging him with a drug offense. When Stephenson then filed a Motion for Reconsideration ("Motion"), this Court directed the government to file a response, and it has now done so.

It should perhaps be said at the outset that Stephenson's pro se Motion appeared highly problematic to begin with (as was true of his original Section 2255 motion), so that this Court's ordering of a response was done out of an abundance of caution rather than as a reflection of the Motion's underlying merit. And indeed, quite apart from the limited role that is properly played by any motions for reconsideration (a proposition for which this Court, like many others, frequently cites the thoughtful opinion by the late Judge Dortch Warriner in Above the

Belt, Inc. v. Mel Bohannan Roofing, Inc., 99 F.R.D. 99, 101 (E.D. Va. 1983)), here the government's response has amply demonstrated the lack of substantive merit in Stephenson's Motion.

Suffice it to say that what Stephenson has reflected in his Motion amounts to nothing more than a disagreement with this Court's May 2 ruling, which is hereby reconfirmed. Hence Stephenson's current Motion is denied.

_____
Milton I. Shadur
Senior United States District Judge

Date: June 19, 2006